IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO: 8:13cr732 |
| | ) |
| v. | ) **ORDER FOR** |
| | ) **BENCH WARRANT** |
| KENNETH COPELAND | ) |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, KENNETH COPELAND, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

s/Jacquelyn D. Austin
_____
UNITED STATES MAGISTRATE JUDGE

Greenville, South Carolina
August 14, 2013

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: _____
David C. Stephens (#3807)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Telephone: (864) 282-2100 Email Address: david.stephens@usdoj.gov